**Dismissed and Opinion Filed February 3, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01039-CV

## IN THE INTEREST OF C.N. AND J.N., MINOR CHILDREN

**On Appeal from the 301st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DF-00-14691**

## MEMORANDUM OPINION

Before Justices Bridges, Evans, and Schenck
Opinion by Justice Bridges

By notice of appeal filed August 26, 2016, appellant challenges the trial court's August 23, 2016 order denying his application for a restraining order. Because the order did not appear to be appealable, we directed appellant to file a letter brief addressing the Court's jurisdiction over the appeal. *See Nikolouzos v. St. Luke's Episcopal Hosp.*, 162 S.W.3d 678, 680 (Tex. App.—Houston [14th Dist.] 2005, no pet.) ("While an interlocutory appeal from the grant or denial of a temporary injunction is allowed, no statutory provision permits an appeal from a temporary restraining order."). We cautioned appellant that failure to comply could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(a),(c). More than ten days have lapsed since we directed appellant to file the letter brief, and he has not responded.

Because nothing in the record before us demonstrates our jurisdiction, we dismiss the appeal.

*See id.* 42.3(a); *Nikolouzos*, 162 S.W.3d at 680.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

161039F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.N. AND J.N., MINOR CHILDREN

No. 05-16-01039-CV

On Appeal from the 301st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-00-14691.
Opinion delivered by Justice Bridges.
Justices Evans and Schenck participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this day of February 3, 2017.